JACOB SCHLEGEL, an Infant, by SARAH SCHLEGEL, His Guardian ad Litem, Respondent, *v.* MAX QUINTON et al., Individually and as Copartners under the Firm Name of QUINTON & STEIN, et al., Defendants, and MAX QUINTON, Individually and as Surviving Partner of QUINTON & STEIN, Appellant.

(Submitted October 25, 1935; decided January 7, 1936.)

*Everett W. Bovard* and *Daniel Mungall* for appellant.

*Thomas A. Shaw, Jay S. Jones* and *Edward J. Fanning* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.  Not sitting: CROUCH, J.